IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20464
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HUEY ANDY NGUYEN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-226-1
--------------------
April 14, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Huey Andy Nguyen appeals his conviction for bank robbery. Nguyen argues that the district court abused its discretion when it allowed evidence of a prior criminal act provided by two witnesses.  Nguyen argues that the evidence was extrinsic and that the evidence had little probative value and was highly prejudicial.

The evidence was intrinsic because the evidence of a prior criminal act was inextricably intertwined with Trung Nguyen's decision to help Nguyen rob the bank.  See United States v.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Navarro, 169 F.3d 228, 232-33 (5th Cir. 1999). Thus, no Rule 404(b) determinations were not required, and no limiting instruction was required. See id. at 233.

The judgment of the district court is AFFIRMED.